IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RA BRANDS LLC,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    1:06CV01109
                                    )
USL PRODUCTS, INC.,                 )
d/b/a USL Outdoor Products,         )
Inc.,A.H. FRIEDEBACH,               )
RONALD L. RANDALL,                  )
                                    )
        Defendants                  )
```

O R D E R

This matter came before the court on Defendants A.H. Friedebach and Ronald L. Randall's motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

It appearing to the court that the North Carolina Supreme Court in Skinner v. Preferred Credit, 361 N.C. 114, 119, 638 S.E.2d 203, 208-09 (2006), addressed the propriety of considering North Carolina's long-arm statute, North Carolina General Statute § 1-74.4, in determining whether the court may exercise personal jurisdiction over an out-of-state defendant.

It further appearing that the parties' briefs addressed only whether Defendants A.H. Friedebach and Ronald L. Randall had sufficient "minimum contacts" with North Carolina under the federal due process standard.

IT IS THEREFORE ORDERED that Plaintiff RA Brands, LLC and Defendants A.H. Friedebach and Ronald L. Randall shall file supplemental briefs addressing the court's above-noted concern. Each party is directed to file one brief, not more than 15 pages in length, to be filed on or before Friday, October 26, 2007.

This 16th day of October 2007.

/s/ William L. Osteen, Jr.
United States District Judge